```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 05574
   LUIS A SANCHEZ
   JULIE B SANCHEZ                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9184      SSN XXX-XX-3650


----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/16/06 and confirmed on 09/15/06.

   2.  The case was dismissed after confirmation, 09/12/2008.

   3.  The Debtor paid a total of $  48651.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| CHASE HOME FINANCE | CURRENT MORTG | 29681.88 | .00 | 29681.88 |
| CHASE HOME FINANCE | MORTGAGE ARRE | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | SECURED | 3164.56 | .00 | 3164.56 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED VEHIC | 2636.68 | 359.82 | 2636.68 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 16918.00 | 3046.41 | 6922.48 |
| BANK ONE/JPM CHASE | UNSECURED | 4216.43 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 608.49 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5632.90 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10144.08 | .00 | .00 |
| IL DEPT OF EMPLOYMENT SE | UNSECURED | 1238.00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 768.50 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2520.11 | .00 | .00 |
| MEDICAL CENTER OF PLANO | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3976.27 | .00 | .00 |
| WACHOVIA | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY HALF PRICE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| FISCHER MANCOLD | UNSECURED | NOT FILED | .00 | .00 |
| **CREDITOR NAME** | **CLASS** | **CLAIM AMOUNT** | **INTEREST PAID** | **PRINCIPAL PAID** |
| WELLS FARGO FINANCIAL IN | SECURED | 1187.00 | .00 | 579.23 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 767.77 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9734.44 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2134.43 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2074.28 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 14716.02 | .00 | .00 |

            Summary of disbursements:

```
------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  53588.12        .00      58531.72        .00     112119.84
PRINCIPAL PAID      42984.83        .00           .00        .00      42984.83
INTEREST PAID        3406.23        .00           .00        .00       3406.23
TOTAL PAID          46391.06        .00           .00        .00      46391.06
```

The Debtor's attorney, MICHAEL S DANIAN                , was allowed $        .00
and was paid $          .00 .

The Trustee received $    2259.94 .

Refunds to the Debtor totaled $          .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 06 B 05574 LUIS A SANCHEZ & JULIE B SANCHEZ